## HENRY B. BREVOORT *versus* JONATHAN EASTMAN

JOURNAL ENTRIES (1822): *Journal 3:* (1) Exceptions to answer filed *p. 269. *Chancery Journal:* (2) Injunction dissolved, bill dismissed *p. 42.
PAPERS IN FILE: [None]
*Chancery Case* 24 of 1821.

## IN THE MATTER OF HENRY F. HALL, AN ABSENT WITNESS, DETAINED AT GREEN BAY BY THE ORDERS OF COL. N. G. PINCKNEY

JOURNAL ENTRIES (1822): *Journal 3:* (1) Recognizance forfeited *p. 270; (2) witnesses sworn *p. 270.
PAPERS IN FILE: (1) Subpoena.

*Note:* The above subpoena commanded the persons named to appear before the judges of the Supreme Court "to give evidence in a case to be inquired into in relation to a certain Contempt of Col N. G. Pinckney."

## LOUIS LOGNON *versus* NATHAN WILLCOX

JOURNAL ENTRIES (1822): *Journal 3:* (1) Dismissed *p. 273.
PAPERS IN FILE: (1) Precipe for certiorari; (2) bond for certiorari.
*1822–23 Calendar*, MS p. 5.